IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

STACY SCHAPKER,

        Plaintiff,

v.                                                          Case No. 17-cv-2365-JAR-JPO

WADDELL & REED FINANCIAL, INC., *et al*.,

        Defendants.

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Deborah S. Davidson be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney.  I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, and have sent a proposed order granting this motion to chamber's email address.  I have also verified that the information contained in the affidavit is true and accurate.

Dated: August 22, 2017                Respectfully submitted,

                                 **BERKOWITZ OLIVER LLP**

                                 By: /s/ Anthony J. Durone
                                   Anthony J. Durone    KS Bar #17492
                                   Carson M. Hinderks    KS Bar #25079
                                   2600 Grand Blvd., Suite 1200
                                   Kansas City, MO 64108

P: (816) 561-7007
F: (816) 561-1888

adurone@berkowitzoliver.com
chinderks@berkowitzoliver.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Anthony J. Durone
*Attorney for Defendants*

2