IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STACY SCHAPKER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WADDELL & REED FINANCIAL, INC., *et al.*,<br><br>　　　　　Defendants. | Case No. 17-cv-2365-JAR-JPO |

## **MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., I move that Sean K. McMahan be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, and have sent a proposed order granting this motion to chamber's email address. I have also verified that the information contained in the affidavit is true and accurate.

Dated: August 22, 2017　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**BERKOWITZ OLIVER LLP**

　　　　　　　　　　　　　　　　　　　　By: /s/ Anthony J. Durone
　　　　　　　　　　　　　　　　　　　　　　Anthony J. Durone　　KS Bar #17492
　　　　　　　　　　　　　　　　　　　　　　Carson M. Hinderks　　KS Bar #25079
　　　　　　　　　　　　　　　　　　　　　　2600 Grand Blvd., Suite 1200
　　　　　　　　　　　　　　　　　　　　　　Kansas City, MO 64108
　　　　　　　　　　　　　　　　　　　　　　P: (816) 561-7007
　　　　　　　　　　　　　　　　　　　　　　F: (816) 561-1888

adurone@berkowitzoliver.com
chinderks@berkowitzoliver.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

 I hereby certify that on August 22, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Anthony J. Durone
*Attorney for Defendants*