IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STACY SCHAPKER,<br><br>      Plaintiff,<br><br>v.<br><br>WADDELL & REED FINANCIAL, INC., *et al.*,<br><br>      Defendants. | Case No. 17-cv-2365-JAR-JPO |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Vincent M. Catanzaro be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, and have sent a proposed order granting this motion to chamber's email address. I have also verified that the information contained in the affidavit is true and accurate.

Dated: March 13, 2018

Respectfully submitted,

**BERKOWITZ OLIVER LLP**

By: /s/ Anthony J. Durone
    Anthony J. Durone    KS Bar #17492
    Carson M. Hinderks    KS Bar #25079
    2600 Grand Blvd., Suite 1200
    Kansas City, MO 64108
    Phone: (816) 561-7007

Facsimile: (816) 561-1888
adurone@berkowitzoliver.com
chinderks@berkowitzoliver.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 13, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

      /s/ Anthony J. Durone
      *Attorney for Defendants*

2