UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STACY SCHAPKER,<br><br>         Plaintiff,<br><br>v.<br><br>WADDELL & REED FINANCIAL, INC., *et al.*,<br><br>         Defendants. | Case No. 17-cv-2365-JAR-JPO |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Stacy Schapker, as representative of the Settlement Class and on behalf of the Waddell & Reed Financial, Inc. 401(k) and Thrift Plan (the "Plan"), hereby moves, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for an Order granting final approval of the Parties' proposed Class Action Settlement Agreement ("Settlement") (Doc. 70-2).

On November 28, 2018, the Court preliminarily approved the proposed Settlement in this action, which resolves Plaintiff's claims against Defendants under the Employee Retirement Income Security Act ("ERISA") relating to the Plan. (Doc. 73). The Court found on a preliminary basis that the Settlement is sufficiently fair, reasonable, and adequate. (*Id*. at 2). Since that time, no Class Members have objected, and an Independent Fiduciary has reviewed the Settlement and confirmed that its terms are fair, reasonable, and adequate. Accordingly, Plaintiff respectfully requests that the Court grant final approval of the proposed Settlement.

The motion is supported by an accompanying memorandum and exhibits attached thereto.

The Court has previously scheduled a Final Approval Hearing for 1:30 p.m. on April 8, 2019.

Defendants do not oppose this motion.

Plaintiff is submitting a proposed Final Approval Order along with this motion, which is being submitted directly to the Judge, in accordance with D. Kan. Rules 7.1(b) and 5.4.4. The proposed Order is also attached to the Memorandum in Support.

Respectfully submitted,

By: */s/ Scott C. Nehrbass*
Scott C. Nehrbass, KS Bar No. #16285
32 Corporate Woods, Suite 600
9225 Indian Creek Parkway
Overland Park, KS 66210-2000
Tel: 913-253-2144
Fax: 866-347-1472
snehrbass@foulston.com

Boyd A. Byers, KS Bar No. #16253
Alexandra N.C. Rose, KS Bar No. #27247
Foulston Siefkin LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206-4466
Tel. (Direct): 316-291-9796
Fax: 866-559-6541
bbyers@foulston.com
nrose@foulston.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2019, I electronically filed the above and foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Scott C. Nehrbass*
Scott C. Nehrbass, KS #16285

2