# **CLERK'S COURTROOM MOTIONS/MISCELLANEOUS MINUTE SHEET**

STACY SCHAPKER,

      Plaintiff

  Vs.                        Case No. 17-2365-JAR-JPO

WADDELL 7 REED FINANCIAL, INC.,
et al,

      Defendant

| JUDGE: | Julie A. Robinson | DATE: | 4/8/2019 |
|---|---|---|---|
| DEPUTY CLERK: | Bonnie Wiest | REPORTER: | Kelli Stewart |
| INTERPRETER: | | PRETRIAL/PROBATION: | |

## **SETTLEMENT APPROVAL HEARING**

This case comes before the Court for a settlement approval hearing. Appearances are as follows: Plaintiff appears in person and by her counsel, Scott Nehrbass, Boyd Byers, and Nicki Rose. Defendants appear by their counsel, Debbie Davidson and Tony Durone.

After hearing statements from counsel, and for reasons set out more specifically on the record, the Court finds that the settlement is fair and reasonable and grants Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement (Doc. 77) and Plaintiff's Unopposed Motion for Approval of Attorneys' Fees (Doc. 75). Final Approval Order and Judgment to follow.